UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE PIERRE,

    Plaintiff,

    v.

JENNY NIKLAUS, et al.,

    Defendants.

Case No. 13-cv-03803-WHO

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 6

Currently before the Court is the Administrative Motion for Dismissal Because No Complaint Pending by defendants Jenny Niklaus and Teresa Schmitz ("Defendants"). Dkt No. 6. Plaintiff's complaint was previously dismissed in its entirety with leave to amend. The last day to file an amended complaint was September 3, 2013. As of today's date, no amended complaint or opposition to the Defendants' motion has been filed.

Therefore, plaintiff is ORDERED TO SHOW CAUSE as to why this case should not be dismissed for failure to prosecute. To comply with this Order to Show Cause, plaintiff must file an amended complaint, or a statement of non-opposition, by **November 4, 2013**. Failure to file an amended complaint by **November 4, 2013** will result in the Court dismissing this action for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED**.

Dated: October 11, 2013



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE PIERRE,

        Plaintiff,

  v.

JENNY NIKLAUS et al,

        Defendant.

Case Number: CV13-03803 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

George Pierre
P.O. Box 9986
Berkeley, CA 94709

Dated: October 11, 2013

Richard W. Wieking, Clerk
  By: Jean Davis, Deputy Clerk