UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE PIERRE,

    Plaintiff,

    v.

JENNY NIKLAUS, et al.,

    Defendants.

Case No. 13-cv-03803-WHO

**ORDER OF INVOLUNTARY DISMISSAL**

Re: Dkt. No. 6

    Plaintiff George Pierre filed this case in the Superior Court of California, County of Santa Clara. The complaint was dismissed by that court in its entirety with leave to file an amended complaint by September 3, 2013. The case was removed to this Court on August 16, 2013. Dkt. No. 1. Plaintiff failed to file an amended complaint. On October 11, 2013, this Court issued an Order to Show Cause ordering plaintiff to file an amended complaint by November 4, 2013. Dkt. No. 7. The Court extended the deadline to file an amended complaint to November 20, 2013. Dkt. No. 8. On January 2, 2014, the Court issued an Order of Dismissal stating that the case will be dismissed pursuant to Federal Rule of Civil Procedure 41(b) if no amended complaint is filed by January 17, 2014. Dkt. No. 12. As of today's date, no amended complaint has been filed.

    Therefore, the Court ORDERS that this matter is DISMISSED WITH PREJUDICE and any deadlines scheduled in this matter are VACATED. The Clerk of the Court shall enter judgment accordingly and close the file.

    **IT IS SO ORDERED**.

Dated: January 22, 2014

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PIERRE,<br><br>        Plaintiff,<br><br>v.<br><br>JENNY NIKLAUS et al,<br><br>        Defendant.<br>_____/ | Case Number: CV13-03803 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

George Pierre
P.O. Box 9986
Berkeley, CA 94709

Dated: January 22, 2014

                                        Richard W. Wieking, Clerk
                                            By: Jean Davis, Deputy Clerk